PETERS & ASSOCIATES, LLP
Xenophon Peters, Esq.
Bar No. 11241
Judah Zakalik, Esq.
Bar No. 9228
6173 S. Rainbow Blvd.
Las Vegas, NV 89118
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 13 Proceeding |
| KENNETH LAWRENCE NEITZ, JR., and | ) |
| DONNA MAY NEITZ, | ) Case No.: 18-13929 ABL |
| | ) |
| Debtors | ) |
| | ) Hearing Date:  September 20, 2018 |
| | ) Hearing Time: 1:30 p.m. |
| | ) |
| | ) |

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN #1

TO:  ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

**NOTICE IS HEREBY GIVEN** that Chapter 13 Plan #1 was filed herein on July 2, 2018, by Xenophon Peters, Esq., attorney for Debtors.  The hearing seeks confirmation of the Plan. Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the confirmation hearing on the said Plan will be held before a United States Bankruptcy Judge in the Foley Federal Building, at 300 South Las Vegas Boulevard, Las Vegas, Nevada, on September 20, 2018, at the hour of 1:30 p.m.

DATED this 3rd day of July, 2018.

PETERS & ASSOCIATES, LLP

By: /s/Xenophon Peters
    Xenophon Peters, Esq.
    6173 S. Rainbow Blvd.
    Las Vegas, NV 89118
    Attorney for Debtors